# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**Valerie J. Shinaver**
    Debtor

Case No.:   12–41764–LWD

Judge:   Lamar W. Davis Jr.

Chapter:   13

### ORDER OF DISMISSAL AT DEBTOR'S REQUEST

The above–named Debtor filed an application on December 16, 2013 , voluntarily dismissing this Chapter 13 case. IT IS THEREFORE ORDERED THAT SUBJECT CASE IS DISMISSED.

Creditors are at liberty to pursue their legal remedies.



Lamar W. Davis Jr.
United States Bankruptcy Judge
PO Box 8347
Savannah, GA 31412

Dated **December 17, 2013**

*13–08[Rev. 07/05]* **TM**